# STATE OF OHIO
## OHIO CERTIFICATE OF TITLE
### REPLACEMENT

ISSUING COUNTY: BUTLER
ISSUING TITLE OFFICE #: 0905
RESIDENT COUNTY: BUTLER

TITLE No. 09 0580 9787
ISSUE DATE: 09/22/2021

| IDENTIFICATION NUMBER | YEAR | MAKE | MAKE DESCRIPTION | MODEL DESCRIPTION | BODY TYPE |
|---|---|---|---|---|---|
| 2V4RW3D1XAR184547 | 2010 | VOLK | VOLKSWAGEN | ROUTAN | VN |

| MILEAGE | MILEAGE NOTATION | PURCHASE PRICE | TAX |
|---|---|---|---|
| 84,739 | ACTUAL | $11,700.00 | $760.50 |

CONVERSION



COMMENTS

NOTATION(S)

OWNER(S)
AMANDA KAYE ISAACS

1040 CORWIN AVE
HAMILTON, OH 45015

PREVIOUS OWNER(S)
CARVANA LLC

4000 W BROAD ST
COLUMBUS, OH 43228

FIRST LIENHOLDER
CARVANA LLC

DATE OF LIEN 12/30/2019

DEALER PERMIT
UD022708

P O BOX 29002
PHOENIX, AZ 85038

LIEN DISCHARGE
Lienholder _____

by: _____
Authorized Signature       Date

CLERK LIEN CANCELLATION
by: _____
Deputy Clerk       Date

WITNESS MY HAND AND OFFICIAL SEAL THIS 22ND DAY OF SEPTEMBER, 2021

%209580899



%209580899

*Mary L. Swain*

MARY L SWAIN
CLERK OF COURTS      L      99A  DXB

**TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT**

BMV 3800 1/19 [760-1503]

**ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)**

**ASSIGNMENT OF OWNERSHIP** This vehicle was a (if applicable): ☐ Law Enforcement Vehicle ☐ Flood Vehicle ☐ Taxi

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name(s) ______

Buyer(s) Printed Address ______

**I (we) certify** the vehicle/watercraft/outboard motor described in this title was transferred on ____/____/____ for the price of $________ to the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

**Odometer Reading:**

☐☐☐ , ☐☐☐ Miles (no tenths)

Thousands

Seller is a minor ☐ Yes ☐ No If yes, BMV 3751 Form required

**I (we) warrant** the title to be free of all liens.

**I (we) hereby certify** that to the best of my (our) knowledge:

**Check one** (Mileage status information will print on the front of the title)

☐ The odometer reading reflects the actual mileage

☐ The odometer reading is in EXCESS of the mechanical limits

☐ The odometer reading is not the actual mileage (e.g., Broken odometer) - WARNING-ODOMETER DISCREPANCY

☐ Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

Seller's Printed Name ______ X ______ Seller's Signature (Must sign in front of Notary/Authorized Officer)

Additional Seller's Printed Name (if applicable) ______ X ______ Additional Seller's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

Seller's Printed Street Address ______ City ______ State ______ Zip ______

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this ____ day of ________, 20____,

in ________ County, State of ________.

X ________ Signature of Notary Public or other Authorized Officer by law ________ My commission expires

To be completed by Seller and signed in front of Notary/Authorized Officer

Notary/Authorized Officer

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Buyer's Printed Name ______ X ______ Buyer's Signature

Co-Buyer's Printed Name (if applicable) ______ X ______ Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE (Type or print in ink.)**

Check Type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant's Printed Name ______ SSN/EIN ______

Co-Applicant's Printed Name (if applicable) ______ SSN/EIN ______

Applicant's Printed Address ______ Street ______ City ______ State ______ Zip ______ County

Purchase Price $ ______ Gross Tax Due $ ______ Vendor's Discount $ ______ Tax Paid $ ______

If Tax Exempt, state reason ______ Dealer Permit # ______ Vendor # ______ Trade in $ ______

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder ______ E-Lien # ______

Lienholder Address ______

Condition of vehicle/watercraft/outboard motor (check only one) ☐ Good ☐ Fair ☐ Poor ☐ Wrecked Print Title ☐ Yes ☐ No

With Right of Survivorship ☐ Yes ☐ No Transfer on Death ☐ Yes ☐ No If yes, BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No If yes, provide Date of Birth ____/____/____ and BMV 3751 Form required

**I (we) state that all information contained in this application is true and correct.**

X ______ Applicant's Signature (Must sign in front of Notary/Authorized Officer)

X ______ Co-Applicant's Signature (if applicable) (Must sign in front of Notary/Authorized Officer)

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this ____ day of ________, 20____,

in ________ County, State of ________.

X ________ Signature of Notary Public or other Authorized Officer by law ________ My commission expires

To be completed by Applicant/Buyer and signed in front of Notary/Authorized Officer

Notary/Authorized Officer

**LATE FEE OF $5.00 FOR FAILURE TO APPLY FOR TITLE WITHIN 30 DAYS OF ASSIGNMENT.**

**RECEIPT**  0905809787

## STATE OF OHIO
## BUTLER COUNTY
## MARY L. SWAIN
## CLERK OF COURTS

09/22/2021 9:59:45 AM

| | | | | | |
|---|---|---|---|---|---|
| **Batch Number:** | 38844325 - 1 | **Bass Receipt Number:** | | | |
| **Receipt Name:** | CARVANA LLC | | | | |
| **Control Number:** | 209580899 | **County of Residence:** | BUTLER | **Year:** | 2010 |
| **VIN:** | 2V4RW3D1XAR184547 | **Make:** | VOLK | **Make Desc:** | VOLKSWAGEN |
| **Model Desc:** | ROUTAN | | | | |
| **Body Type:** | VN | **Brand 1:** | | | |
| | | **Brand 2:** | | | |
| | | **Brand 3:** | | | |

### Owner Information
AMANDA KAYE ISAACS

### Previous Owner Information
**Name:** CARVANA LLC
**Vendor Number:** 25322395    **Dealer Permit Number:** UD022708    **DBA:** 1

### Lienholder Information
**Lien holder 1:** CARVANA LLC

☐ Memo Issued

### Property/Tax Information

| | |
|---|---|
| Purchase Date: | 11/23/2019 |
| Purchase Price: | $11,700.00 |
| Trade-in Amount: | $0.00 |
| Taxable Amount: | $11,700.00 |
| Sales Tax: | $760.50 |
| Sales Tax Credit: | $0.00 |
| Vendor Discount: | $5.71 |
| Total Tax: | $0.00 |
| Taxes Paid on Previous Transaction: | $754.79 |

### Fee Information

| | |
|---|---|
| Title Fee: | $15.00 |
| Total Fees: | $15.00 |
| | |
| **Total:** | **$15.00** |

L
DXB

**BATCH SUMMARY**  STATE OF OHIO  09/22/2021 9:59:51 AM
BUTLER COUNTY
MARY L. SWAIN
CLERK OF COURTS

| | |
|---|---|
| Batch Number: | 38844325 |
| Receipt Name: | CARVANA LLC |

| | | | | | |
|---|---|---|---|---|---|
| Gross Purchase Price: | $11,700.00 | Printed Title(s): | 1 | Number Of Liens: | 0 |
| Gross Total Net Taxes: | $0.00 | Non-Printed Title(s): | 0 | Number Of Memos: | 0 |
| | | | | Number Of Memo Only: | 0 |

**Fee Information**          **Salvage Transaction Fee Information**

| | | | | |
|---|---|---|---|---|
| $15-Title Fee: | 1 | $15.00 | Total Fees: | $0.00 |
| Total Fees: | 1 | $15.00 | | |

|  |  |
|---|---|
| Batch Total Due: | $15.00 |
| Total Paid: | $15.00 |
| Remaining Due: | $0.00 |
| Change Due: | $0.00 |

**Payment Information**
   Payment Type: EFT - $15.00

L
DXB